UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                      No. C-12-4777 EMC (pr)

MICHELE RENE SCOTT,

         Plaintiff.                         **ORDER OF DISMISSAL**

_____/

      This action was opened on September 12, 2012, when the Court received from Michele Rene Scott a letter with some exhibits concerning her medical care in prison. On that date, the Court notified Plaintiff in writing that her action was deficient in that she had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified Plaintiff that this action would be dismissed if she did not submit a complaint and *in forma pauperis* application within thirty days. Plaintiff did not file a complaint or *in forma pauperis* application. Instead, she sent a memorandum dated October 1, 2012 asking that the action be "vacated" because she had not yet exhausted her administrative remedies. (Docket # 4.) Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: October 29, 2012

                                                      EDWARD M. CHEN
                                                      United States District Judge